**EXHIBIT "A"**

| | | | |
|---|---|---|---|
| **IN RE:** | § | Case No. 04-45942-H3-7 | |
| | § | | |
| **MODULAN N S, INC.,** | § | (Chapter 7) | |
| | § | | |
| **DEBTOR.** | § | | |

| Name & Address | Claim No. | Check # | Amount |
|---|---|---|---|

_____  Small Dividends

__X__  Unclaimed Dividends

        Claim No. Admin    Check #5008
        Private Mini-Storage
        10575 Westoffice Drive
        Houston, Texas 77042
                      $678.34

        Total Unclaimed Dividends            n/a

        Total Small & Unclaimed Dividends    $ 678.34